UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED
APR 30 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
)
PRESTON MONTGOMERY, )
DASEAN WINTERS, )
DARRELL COOPER, and )
DARRON COOPER )

Defendants.

4:25CR235-HEA/JSD

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**PRESTON MONTGOMERY,**
**DASEAN WINTERS,**
**DARRELL COOPER, and**
**DARRON COOPER,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing 500 grams or more of a detectable amount of methamphetamine, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and 2, and punishable under Title 21, United States Code, Section 841(b)(1)(A).

**COUNT TWO**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**PRESTON MONTGOMERY,**
**DASEAN WINTERS,**
**DARRELL COOPER, and**
**DARRON COOPER,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing 40 grams or more of a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and 2, and punishable under Title 21, United States Code, Section 841(b)(1)(B).

**COUNT THREE**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**PRESTON MONTGOMERY,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts One and Two.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT FOUR**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**PRESTON MONTGOMERY,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FIVE**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**DASEAN WINTERS,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts One and Two.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT SIX**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**DARRELL COOPER,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts One and Two.

In violation of Title 18, United States Code, 924(c)(1), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

**COUNT SEVEN**

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**DARRELL COOPER,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

The Grand Jury further charges that:

On or about January 13, 2025, in St. Charles County, within the Eastern District of Missouri,

**DASEAN WINTERS,**

the Defendants herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and 2, and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth above, the defendants shall forfeit to the United States of America any firearm or ammunition involved in or used in said violations.

2. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

SAYLER A. FLEMING
United States Attorney

______________________________
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney